OPINION — AG — ** FIRING TEACHER, DISMISSING A TEACHER UNDER CONTRACT ** THE BOARD OF EDUCATION (SCHOOL BOARD) OF AN INDEPENDENT SCHOOL DISTRICT CANNOT DISMISS A TEACHER DURING THE CURRENT CONTRACTURAL YEAR FOR ACTS DONE BY SUCH TEACHER DURING THE PREVIOUS CONTRACTURAL YEAR, UNLESS THE DISTRICT'S CONTRACT WITH THE TEACHER EXPRESSLY PROVIDES FOR SUCH DISMISSAL. (IMMORALITY) CITE: 70 O.S.H. 6-1, 70 O.S.H. 6-2 (J. H. JOHNSON)